*E-Filed 8/12/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-3196 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL;** |
| v. | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| HARMEN, | |
| Defendant. | |

Plaintiff's allegations that defendant is showing racist films in which the "n word" is used fails to state a claim for relief. Neither disrespectful, insulting, and vulgar language, nor verbal harassment, are actionable under section 1983. *See Freeman v. Arpaio*, 125 F.3d 732, 738 (9th Cir. 1997); see also *Gaut v. Sunn*, 810 F.2d 923, 925 (9th Cir. 1987). The claim is also dismissed as duplicative because it was raised and rejected in another action. *See Weaver v. Lewis*, 14-cv-00342-RS.

Because the claim is duplicative, and therefore frivolous, plaintiff's application for leave to proceed *in forma pauperis* (Docket No. 3) is DENIED. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). The Clerk shall terminate Docket No. 3, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: August 12, 2014

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California

No. C 14-3196 RS (PR)
ORDER OF DISMISSAL